Steve LESTER, Plaintiff–Appellant,

v.

MICHAEL HENTHORNE OF
LITTLER MENDELSON PC,
Defendant–Appellee.

No. 14–7689.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 12, 2015.

Decided: Feb. 19, 2015.

Steve Lester, Appellant Pro Se.

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steve Lester appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice.* The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended that the action be dismissed and advised Lester that failure to timely file specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. *Wright v. Collins*, 766 F.2d 841, 845–46 (4th Cir. 1985); *see also Thomas v. Arn*, 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985). Lester has waived appellate review by failing to file specific objections after receiving proper notice. Accordingly, we grant Lester's pending motion to amend his informal brief and affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are ade-

quately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

*See Domino Sugar Corp. v. Sugar Workers Local Union 392*, 10 F.3d 1064, 1066–67 (4th Cir.1993).

---

* We conclude that the district court's order is final and appealable as no amendment could cure the defect identified by the district court.